| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Ryskamp, Kenneth L | 2. Court or Organization U.S. District Court, SDFL | 3. Date of Report 4/9/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Senior | 5. ReportType (check appropriate type) ○ Nomination, Date 3/13/1986 ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 701 Clematis, Room 416 West Palm Beach FL 33401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Paine Weber Custodial Account for ▮▮▮▮ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Kenneth L. Ryskamp, IRA Rollover & Annuity | 70,621 |
| 2. | | — | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| 1. | | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University | Attending educational seminar in Tucson, Arizona, 4-30\5-6, 2003; Transportation, food and lodging provided |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ryskamp, Kenneth L | 4/9/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VL LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 4/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Am. Int'l Group Stock | A | Dividend | L | T | | | | | |
| 2. Cisco Systems Stock | | None | M | T | | | | | |
| 3. Dell Computer Stock | | None | K | T | | | | | |
| 4. General Electric Stock | C | Dividend | M | T | | | | | |
| 5. Intel Stock | A | Dividend | M | T | | | | | |
| 6. Lucent Technologies Stock | A | Dividend | J | T | | | | | |
| 7. Merck Stock | B | Dividend | K | T | | | | | |
| 8. Microsoft Stock | A | Dividend | M | T | | | | | |
| 9. Exxon-Mobil | B | Dividend | L | T | | | | | |
| 10. Nextel Comm. Stock | | None | L | T | | | | | |
| 11. Pfizer Stock | B | Dividend | L | T | | | | | |
| 12. AIM Constellation Mutual Fund | | None | K | T | | | | | |
| 13. AIM Premier Equity | | None | K | T | | | | | |
| 14. Euro Pac.Growth Mutual Fund | A | Dividend | K | T | | | | | |
| 15. Investment Co. Am. Mutual Fund | A | Dividend | L | T | | | | | |
| 16. Fidelity Magellan Mutual Fund | | None | L | T | | | | | |
| 17. Fidelity Blue Chip Mutual Fund | | None | K | T | | | | | |
| 18. Money Market Mutual Fund | | None | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 4/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | Exxon-Mobil | B | Dividend | L | T | | | | | |
| 20. | Fannie Mae Stock | A | | | | Sell | 12/4 | K | | |
| 21. | General Electric Stock | B | Dividend | L | T | | | | | |
| 22. | Lucent Tech. Stock | | Dividend | J | T | | | | | |
| 23. | Merck Stock | B | Dividend | K | - T | | | | | |
| 24. | Microsoft Stock | A | Dividend | L | T | | | | | |
| 25. | Pfizer Stock | B | Dividend | L | T | | | | | |
| 26. | Proctor & Gamble Stock | B | Dividend | | | Sell | 12/4 | L | D | |
| 27. | Staples Stock | | None | J | T | | | | | |
| 28. | Yum Brands | | None | | | Sell | 12/1 | J | A | |
| 29. | Wal-Mart Stock | A | Dividend | M | T | | | | | |
| 30. | Coca-Cola Stock | A | Dividend | J | T | | | | | |
| 31. | McDonald's Stock | A | Dividend | J | T | | | | | |
| 32. | Nike Stock | A | Dividend | J | T | | | | | |
| 33. | Zany Brainy stock | | None | J | T | | | | | |
| 34. | Staples Stock | | None | J | T | | | | | |
| 35. | Walt Disney Stock | A | Dividend | J | T | | | | | |
| 36. | Wendy's Stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 4/9/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Pepsico Stock | A | Dividend | J | T | | | | | |
| 38. Sector SPDR Trust-Tech Stock | | None | K | T | | | | | |
| 39. Sector SPDR Trust S&P Stock | A | Dividend | K | T | | | | | |
| 40. Tyco Stock | A | Dividend | K | T | | | | | |
| 41. CMGI Stock | | None | J | - T | | | | | |
| 42. Time Warner Stock | | None | J | T | NameChange | | | | |
| 43. Conextant Stock | | None | J | T | | | | | |
| 44. Citigroup Stock | B | Dividend | L | T | | | | | |
| 45. Home Depot Stock | A | Dividend | K | T | | | | | |
| 46. JDS Uniphase Stock | | None | | | Sell | 12/4 | J | | |
| 47. Nortel Networks Stock | | None | | | Sell | 12/4 | J | | |
| 48. Broadcom Stock | | None | J | T | | | | | |
| 49. Xilinx Stock | | None | K | T | | | | | |
| 50. Life Insurance – cash value | | None | K | T | | | | | |
| 51. PW Retirement Money Fund | B | Dividend | J | T | | | | | |
| 52. Amgen Stock | | None | K | T | | | | | |
| 53. SBC Comm. Stock | B | Dividend | | | Sell | 12/4 | K | A | |
| 54. Wireless Fac. Stock | | None | | | Sell | 12/4 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 4/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Applied Micro Cir. Stock | | None | J | T | | | | | |
| 56. PMC-Sierra Stock | | None | J | T | | | | | |
| 57. Qualcomm Stock | | None | J | T | | | | | |
| 58. Skyworks Solutions | | None | J | T | | | | | |
| 59. Smucker-JM | | None | J | T | | | | | |
| 60. Travelers Prop. Cas. | | None | J | T | | | | | |
| 61. Agere Systems | | None | J | T | Spinoff | 1/10 | | | |
| 62. Medco Health Solutions | | None | J | T | Spinoff | 6/5 | | | |
| 63. Avaya | | None | J | T | Spinoff | 1/20 | | | |
| 64. Mindspeed Tech | | None | J | T | Spinoff | 6/30 | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: ████████████████                     Date  4/9/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544